

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00126-CV

**IN RE** Leticia **BENAVIDES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed: February 27, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On February 15, 2013, Relator Leticia Benavides filed a petition for writ of mandamus and an emergency motion to stay. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion to stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011PB000081L2, styled *In the Matter of the Guardianship of Carlos Benavides, Jr., An Incapacitated Person*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.